UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | C.A. NO. 25-cv-00168 |
| OF MARTY MCGRATH, AS | * | |
| OWNER AND OPERATOR OF THE | * | JUDGE MC NEEL |
| UNNAMED FISHING VESSEL | * | |
| HULL ID # FGQ4K053G304 FOR | * | |
| EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | MAGISTRATE MYERS |
| | * | |

**************************************************************************

**ORDER FOR AD INTERIM STIPULATION AND
ENJOINING OF SUITS, FRCP SUPPLEMENTAL F(1)**

The above named Plaintiff, having on June 3, 2025, filed its Complaint for Exoneration From or Limitation of Liability with respect to any loss, damage, injury or destruction arising out of an incident occurring on March 2, 2022, and thereafter; and said Plaintiff having stated in said Complaint the facts and circumstances upon which said exoneration from or limitation of liability was claimed, and having prayed therein for an appraisal of its interest in the unnamed fishing vessel bearing Hull ID # FGQ4K053G304 and her pending freight, if any, and for leave to file a stipulation for the amount of said appraised value or, pending said appraisal, an Ad Interim Stipulation; and said appraisal not yet having been had, and it appearing that the Plaintiff's desire, pending said appraisal, is to give an Ad Interim Stipulation and to obtain a restraining order;

NOW, on the proceedings heretofore had herein, and on reading the affidavits of value and of pending freight, which affidavits have been duly filed in this proceeding, and from which it appears that the value of the Plaintiff's interest in the unnamed fishing vessel bearing Hull ID # FGQ4K053G304 and her pending freight on the day immediately following said incident did not exceed the sum of Eight-Five Thousand Dollars and 00/100s ($85,000.00); and

On reading and filing the Ad Interim Stipulation for Value duly executed on May 13, 2025, by the Plaintiff, as principal and by Great American Insurance Company, as surety, in the sum of $85,000.00, with interest at six (6%) percent per annum from the date of the filing of the Complaint, undertaking to pay into Court, within ten days after the entry of an order herein appraising the value of Plaintiff's interest in the said vessel and in her pending freight, the amount so fixed, or within said time to file in this Court a Stipulation for Value in the usual form and with proper surety in said amount, and that pending such payment into Court or giving of the Stipulation, this Ad Interim Stipulation shall stand as security in said proceeding;

NOW, on Motion of Treadaway Bollinger, LLC, attorney Jeffrey E. McDonald, Esq., for the Plaintiff, it is

ORDERED that said Ad Interim Stipulation be, and the same hereby is approved; and it is

FURTHER ORDERED that the execution and filing of said Ad Interim Stipulation shall be without prejudice to the due appraisal of the Plaintiff's said interest under the order of this Court and that; on the filing of the report of the Commissioner to appraise, and upon the determination by the Court of any exceptions thereto, any party may have leave to apply to have the amount of said Stipulation increased or diminished as the Court may direct; and it is

FURTHER ORDERED that the further prosecution of any pending actions, suits or legal proceedings in any Court wheresoever or the institution and prosecution of any suits, actions or legal proceedings of any nature or description whatsoever in any Court wheresoever, against the unnamed fishing vessel bearing Hull ID # FGQ4K053G304 or against Plaintiff, as the owner, operator and/or charterer of the unnamed fishing vessel bearing Hull ID # FGQ4K053G304 with respect to any claim arising out of or connected with the incident occurring at or around Horn

Island, Mississippi on March 2, 2022, thereafter, be and the same hereby are stayed and restrained until the hearing and determination of this proceeding; and it is

FURTHER ORDERED that service of this Order as a Restraining Order within this district be made in the usual manner and in any other district of the United States by service of process pursuant to FRCP 4, of a certified copy of this Order to the person or persons to be restrained, or by mailing first class, postage prepaid a true and correct copy of this Order to their respective attorneys, proctors or representatives.

Gulfport, Mississippi, this 7th day of November, 2025.

_____
DISTRICT JUDGE TAYLOR MCNEEL

4